1  DAVID A. HUBBERT
2  Deputy Assistant Attorney General

3  JOSEPH A. SERGI (DC Bar No. 394479)
   Senior Litigation Counsel, Tax Division
4  AMY MATCHISON (CA Bar No. 217022)
   Trial Attorney, Tax Division
5  U.S. Department of Justice
   P.O. Box 683, Ben Franklin Station
6  Washington, DC 20044-0683
7  Email:  Joseph.A.Sergi@usdoj.gov
              Amy.T.Matchison@usdoj.gov
8              Western.TaxCivil@usdoj.gov
   Telephone:   (202) 305-0868
9                     (202) 307-6422

10

11  *Attorneys for the United States of America*

12        IN THE UNITED STATES DISTRICT COURT FOR THE
13                CENTRAL DISTRICT OF CALIFORNIA

14

15  ALTA HOLDINGS, LLC,                )
                                       )   Case No. 8:15-cv-02001-DOC-KES
16        Petitioner,                  )
                                       )   **STIPULATED DISMISSAL**
17        v.                           )
                                       )
18  UNITED STATES OF AMERICA,          )
                                       )
19        Respondent.                  )
    _____   )

20

21        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner Alta

22  Holdings, LLC, and Respondent United States of America, through their respective

23  undersigned counsel of record, hereby jointly file this stipulation of dismissal.  The

Stipulated Dismissal                    1              **U.S. DEPARTMENT OF**
(Case No. 8:15-cv-02001-DOC-KES)                       **JUSTICE**
                                                       Tax Division, Western Region
                                                       P.O. Box 683
                                                       Washington, D.C.  20044
                                                       Telephone: 202-307-6422

parties have resolved their dispute.  There being nothing further for this Court to do, the parties request the Court dismiss this action with prejudice, with each side to bear its own costs and fees, including any attorney fees.

DATED this 3rd day of January, 2024.

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Amy Matchison*
JOSEPH A. SERGI
Senior Litigation Counsel
AMY MATCHISON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683

Dated:  January 3, 2024

STRADLING YOCCA CARLSON & RAUTH, A.P.C.

By:  /s/ Ryan C. Gaglio
Ryan C. Gaglio
Attorneys for Petitioner ALTA HOLDINGS, LLC

Stipulated Dismissal
(Case No. 8:15-cv-02001-DOC-KES)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6422